IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHCO, INC. | : | CIVIL ACTION |
| v. | : | |
| FIVETECH TECHNOLOGY INC. | : | NO. 10-1060 |

ORDER

AND NOW, 10th day of January, 2011, upon consideration of the defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 23), the opposition, reply, and supplemental briefing thereto, and after oral argument held on September 9, 2010, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED. IT IS FURTHER ORDERED THAT:

1. The plaintiff's Motion for Discovery (Docket No. 25) is DENIED AS MOOT.

2. On or before January 24, 2011, the parties shall inform the Court by letter how they would like to proceed with respect to the plaintiff's Motion for Issuance of Letters Rogatory.

BY THE COURT:


    /s/ Mary A. McLaughlin
    MARY A. McLAUGHLIN, J.