IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHCO, INC. | : | CIVIL ACTION |
| v. | : | |
| FIVETECH TECHNOLOGY INC. | : | NO. 10-1060 |

ORDER

AND NOW, this 24th day of January, 2012, upon consideration of the defendant's Motion for Partial Summary Judgment of Noninfringement of Claims 1-15 of U.S. Patent No. 5,851,095 and Claims 1-15 of U.S. Patent No. 6,280,131 (Docket No. 92), the response and reply thereto, and following oral argument held on October 20, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff on these claims.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.