```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SOUTHCO, INC.                  :      CIVIL ACTION
                               :
        v.                     :
                               :
FIVETECH TECHNOLOGY INC.       :      NO. 10-1060

ORDER

AND NOW, this 23rd day of March, 2012, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED THAT:

1. Upon consideration of the defendant's Objections and Motion to Strike Exhibits N and O From the Declaration of Antranig Baronian, the Declaration of Paul Soldo, and Portions of the Declaration of John D. Pratt, Ph.D., P.E. in Support of Southco, Inc.'s Opposition to Fivetech Technology Inc.'s Motion (Docket No. 159), the opposition and reply thereto, and following oral argument on February 28, 2012, this motion is DENIED.

2. Upon consideration of the defendant's Motion for Partial Summary Judgment of Non-Infringement of Claims 16 and 17 of U.S. Patent No. 5,851,095 (Docket No. 141), the opposition and reply thereto, and following oral argument held on February 28,

2012, this motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff on these claims.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.