```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
SOUTHCO, INC.                     :      CIVIL ACTION
                                  :
       v.                         :
                                  :
FIVETECH TECHNOLOGY INC.          :      NO. 10-1060
```

ORDER

AND NOW, this 19th day of September, 2013, upon consideration of Fivetech Technology Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,468,012 (Docket Nos. 207, 210), and the response and the reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff on these claims.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.