IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHCO, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIVETECH TECHNOLOGY INC. | : | NO. 10-1060 |

ORDER

AND NOW, this 12th day of November, 2013, upon consideration of Motion of Southco, Inc. to Supplement the Record (Docket No. 231), and the response and the reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the plaintiff's motion is DENIED AS MOOT.

Upon consideration of Fivetech Technology's Motion for Partial Summary Judgment of Noninfringement of U.S. Trademark Registrations 2,478,685 and 3,678,153 (Docket No. 198), and the response and reply thereto, IT IS FURTHER ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff on these claims.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.