IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHCO, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIVETECH TECHNOLOGY INC. | : | NO. 10-1060 |

## ORDER

AND NOW, this 12th day of November, 2013, upon consideration of Fivetech's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,468,012 (Docket No. 206), and the response and the reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is DENIED WITHOUT PREJUDICE.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.