IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHCO, INC., <br>     Plaintiff/ <br>     Counterclaim-Defendant, <br> v. <br> FIVETECH TECHNOLOGY INC. a/k/a WU XIANG TECHNOLOGY COMPANY, LTD. a/k/a 5TECH, <br>     Defendant/ <br>     Counterclaim-Plaintiff. | Civil Action No.: 10 1060 (MAM) |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Maryellen Feehery Hank, Esquire on behalf of Fivetech Technology, Inc. in the above captioned matter.

                                    /s/ Maryellen Feehery Hank
                                    Maryellen Feehery Hank (Pa. ID No. 82150)
                                    REED SMITH LLP
                                    Three Logan Square
                                    1717 Arch Street
                                    Philadelphia, PA 19103

Dated: July 9, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, a true and correct copy of the foregoing **WITHDRAWAL OF APPEARANCE** was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Maryellen Feehery Hank*
Maryellen Feehery Hank