IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHCO, Inc. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-1060 |
| FIVETECH TECHNOLOGY, Inc. | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 14th day of December, 2015, following Plaintiff's "Notice of Denial of Petition for Certiorari" (Doc. No. 291), it is hereby **ORDERED** that this case is **REMOVED** from civil suspense.

It is further **ORDERED** that a status conference will be held **in chambers** on **Tuesday, December 22, 2015** at **10:00 a.m.**

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**