

Elizabeth S. Fenton
Phone: (302) 421-6824
Fax: (302) 421-5871
efenton@saul.com
www.saul.com

MSG

December 22, 2015

Honorable Mitchell S. Goldberg
United States District Court for the
Eastern District of Pennsylvania
U. S. Courthouse, Room 7614
601 Market Street
Philadelphia, PA 19106

FILED
DEC 28 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re: Southco, Inc. v. Fivetech Technologies, Inc., 2:10-cv-1060-MSG

Dear Judge Goldberg:

Pursuant to this morning's status conference, I write to confirm on behalf of Fivetech Technologies, Inc., that it does not intend to rely on the declaration of Dr. David Dornfeld, the expert whose opinion was discussed in the Federal Circuit's opinion.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Elizabeth S. Fenton

Elizabeth S. Fenton

ESF/cm

cc:    Benjamin Leace, Esquire

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP