IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHCO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )  C.A. No. 10 CV 01060<br>)<br>FIVETECH TECHNOLOGY, INC. )<br>)<br>)<br>Defendant. ) | |

**PRAECIPE TO CORRECT COUNSEL'S FIRM AFFILIATION**

PLEASE TAKE NOTICE that Elizabeth S. Fenton, Esquire, formerly of Chamberlain Hdrlicka, changed firms and updated the CM-ECF system. The docket in this matter should also reflect Ms. Fenton's new contact information:

> Elizabeth S. Fenton, Esquire
> Saul Ewing LLP
> 222 Delaware Avenue
> Suite 1200
> Wilmington, DE 19801
> (302) 421-6824
> (302) 421-6813(fax)
> efenton@saul.com

Dared: January 20, 2016                **SAUL EWING LLP**

*/s/ Elizabeth S. Fenton*
Elizabeth S. Fenton (DE No. 5563)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
Efenton@saul.com
*Attorneys for Defendant*